**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 10-352 |
| | : | |
| RICHARD CORBIN | : | |

| | | |
|---|---|---|
| RICHARD CORBIN | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | 16-4110 |
| UNITED STATES OF AMERICA | : | |

## ORDER

**AND NOW** this 13th day of October, 2017, for the reasons stated in the foregoing Memorandum, the Defendant/Petitioner's Request for Relief under 28 U.S.C. § 2255 is **DENIED**. There are no grounds for a certificate of appealability.

**BY THE COURT:**

*/s/ Michael M. Baylson*

**MICHAEL M. BAYLSON
United States District Court Judge**

O:\Criminal Cases\10-352 Corbin, US v\10cr352 order 10132017.docx